# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Wenfeng Lu DEFENDANT(S). | CASE NUMBER: SA12-527M <br> REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 11/17/2012  2:00AM   ☒ AM / ☐ PM
2. Defendant is in lock-up (in this court building)  Yes ☒   No ☐
3. Charges under which defendant has been booked: Title 18 Section 371 and 1832
4. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☒ Yes   ☒ No   ☐ Unknown
6. Interpreter Required: ☐ No   ☒ Yes: Mandarin _____ (Language)
7. Year of Birth: 1972
8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): N/A
10. Date detainer placed on defendant: N/A
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A )
12. Does the defendant have retained counsel?   ☐ No
    ☒ Yes   Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☒ If yes, please list Officer's Name: Duty Officer   Time: 10:30 ☒ AM / ☐ PM
14. Remarks (if any): N/A

15. Date: 11/19/2012
16. Name: Brian Robertson (Please Print)
17. Agency: FBI
18. Signature: [signed]
19. Office Phone Number: (714) 939-3379

FILED 2012 NOV 19 AM 10:27 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA BY: ___