COPY

FILED

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

2012 DEC 12  PM 2:00

BY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2012 Grand Jury

SACR12-0277

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SA CR No. 12- |
| | ) | |
| Plaintiff, | ) | I N D I C T M E N T |
| | ) | |
| v. | ) | [18 U.S.C. § 1832(a)(1): |
| | ) | Theft of Trade Secrets; |
| WENFENG LU, | ) | 18 U.S.C. § 1832(a)(3): |
| | ) | Unauthorized Possession |
| Defendant. | ) | of Trade Secrets] |
| | ) | |
| | ) | |

The Grand Jury charges:

INTRODUCTION

1.    From on or about November 1, 2011 through on or about November 16, 2012, in Orange County, within the Central District of California, defendant WENFENG LU ("LU") worked for Edwards Lifesciences Corporation ("Edwards") as a Research and Development Staff Engineer.

2.    At all times relevant to this indictment, Edwards designed and manufactured heart valves and hemodynamic monitoring devices and maintained a headquarters in Orange County, within the Central District of California.

COUNTS ONE THROUGH FOUR

[18 U.S.C. § 1832(a)(1)]

3.   Paragraphs 1 and 2 are re-alleged and incorporated by reference as though set forth in full.

4.   From on or about November 1, 2011 through on or about November 16, 2012, in Orange County, within the Central District of California, defendant WENFENG LU ("LU"), with the intent to convert a trade secret that was related to and included in a product that was produced for and placed in interstate and foreign commerce, to the economic benefit of someone other than Edwards, and knowing and intending that the offense would injure Edwards, knowingly stole and appropriated without authorization the following trade secrets, specifically, the computer files owned by Edwards listed below:

| COUNT | FILE NAME | DESCRIPTION |
|-------|-----------|-------------|
| ONE | 924_qiunang Trouble shooting | SOP3988 - Balloon Molding Process Trouble Shooting Reference Matrix |
| TWO | 923_MP_qiunan chengxing | SOP5652 - EDWARDS INTUITY Generation II Balloon Molding Process |
| THREE | 1219_SOP6521.100-THV Centera Assembly Procedure_Valve to Deliver system Attachment | SOP6251.100 THV Assembly Procedure: Valve to Delivery System Attachment |

2

| COUNT | FILE NAME | DESCRIPTION |
|-------|-----------|-------------|
| FOUR | 1217_SOP6091_x1-jl | SOP6091 - DV Test Procedure for Maverick 3 Delivery System |

COUNTS FIVE THROUGH EIGHT

[18 U.S.C. § 1832(a)(3)]

5.   Paragraphs 1 and 2 are re-alleged and incorporated by reference as though set forth in full.

6.   On or about November 16, 2012, in Los Angeles County, within the Central District of California, and elsewhere, defendant WENFENG LU ("LU"), with the intent to convert a trade secret that was related to and included in a product that was produced for and placed in interstate and foreign commerce, to the economic benefit of someone other than Edwards, and knowing and intending that the offense would injure Edwards, knowingly possessed the following trade secrets, specifically, the computer files owned by Edwards listed below, knowing that the trade secrets had been stolen, obtained, and converted without authorization:

| COUNT | FILE NAME | DESCRIPTION |
|-------|-----------|-------------|
| FIVE | 924_qiunang Trouble shooting | SOP3988 – Balloon Molding Process Trouble Shooting Reference Matrix |
| SIX | 923_MP_qiunan chengxing | SOP5652 – EDWARDS INTUITY Generation II Balloon Molding Process |
| SEVEN | 1219_SOP6521.100-THV Centera Assembly Procedure_Valve to Deliver system Attachment | SOP6251.100 THV Assembly Procedure: Valve to Delivery System Attachment |

| COUNT | FILE NAME | DESCRIPTION |
|-------|-----------|-------------|
| EIGHT | 1217_SOP6091_x1-j1 | SOP6091 - DV Test Procedure for Maverick 3 Delivery System |

A TRUE BILL

_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

TERRI K. FLYNN-PEISTER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

GREGORY STAPLES
Assistant United States Attorney

MARK P. TAKLA
Assistant United States Attorney