

Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Case Number **SA CR12-0277**

U.S.A. v.   Wenfeng Lu

- [✓] Indictment
- [ ] Information

Defendant Number 1

Year of Birth 1972

Investigative agency (FBI, DEA, etc.) FBI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

## OFFENSE/VENUE

a. Offense charged as a :

- [ ] Misdemeanor
- [ ] Minor Offense
- [✓] Felony
- [ ] Petty Offense
- [ ] Class B Misdemeanor

b. Date of Offense On or about 11/1/11 to about 11/16/12

c. County in which first offense occurred

Orange County

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

- [✓] Los Angeles
- [ ] Ventura
- [✓] Orange
- [ ] Santa Barbara
- [ ] Riverside
- [ ] San Luis Obispo
- [ ] San Bernardino
- [ ] Other:

Citation of Offense 18 U.S.C. § 1832 (a) (1); 1832 (a) (3)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [✓] No   [ ] Yes

IF YES   Case Number

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**

**Case**

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on November 16, 2012

Case Number SA 12-527M

Charging 18 U.S.C. §371;1832

The complaint:   [✓] is still pending

[ ] was dismissed on:

FILED 2012 DEC 12 PM 1: 57 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [ ] Yes

IF YES, provide, Name: N/A

Phone Number:

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:
N/A

Case Number

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

N/A

[ ] was previously dismissed on

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes   ☑ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required?   ☐ YES   ☑ NO

IF YES, list language and/or dialect:

**OTHER**

☑ Male   ☐ Female
☐ U.S. Citizen   ☑ Alien
Alias Name(s)

This defendant is charged in:   ☑ All counts
☐ Only counts:

☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☑ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud   ☐ public corruption
☐ government fraud   ☐ tax offenses
☐ environmental issues   ☐ mail/wire fraud
☐ narcotics offenses   ☐ immigration offenses
☐ violent crimes/firearms   ☐ corporate fraud
☑ Other: Theft of Trade Secrets; Unauthorized Possession of Trade Secrets

**CUSTODY STATUS**

Defendant is **not** is custody:

a. Date and time of arrest on complaint: November 16, 2012
b. Posted bond at complaint level on: November 26, 2012
   in the amount of $350,000.00
c. PSA supervision?   ☑ Yes   ☐ No
d. Is a Fugitive   ☐ Yes   ☑ No
e. Is on bail or release from another district:
   N/A
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.   ☐ Yes   ☐ No

Defendant is **in** custody:

a. Place of incarceration:   ☐ State   ☐ Federal
b. Name of Institution: N/A
c. If Federal: U.S. Marshal's Registration Number:

d. ☐ Solely on this charge. Date and time of arrest:

e. On another conviction:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges::   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   AND
   Name of Court:
Date transferred to federal custody:
This person/proceeding is transferred from another district pursuant to F.R.CrP.   20   21   40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN:

Date   12/11/2012

Signature of Assistant U.S. Attorney
MARK P. TAKLA
Print Name