# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number: SA CR 12-277(A)-AG
Defendant Number: 1
U.S.A. v. WENGENG LU
Year of Birth: 1972
[ ] Indictment  [✓] Information
Investigative agency (FBI, DEA, etc.): FBI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: on or about 10/7/11-11/06/12

c. County in which first offense occurred: Orange County

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
[ ] Los Angeles  [ ] Ventura
[✓] Orange  [ ] Santa Barbara
[ ] Riverside  [ ] San Luis Obispo
[ ] San Bernardino  [ ] Other

Citation of Offense: 18 U.S.C. § 1832(a) and 18 U.S.C. § 1834 and 2323

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)  [✓] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  [✓] No  [ ] Yes

IF YES  Case Number: _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**: N/A

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: November 16, 2012
Case Number: SA 12-527M
Charging: 18 U.S.C. §21 371; 1832

The complaint:  [✓] is still pending
[ ] was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented?  [✓] No  [ ] Yes
IF YES, provide Name: _____
Phone Number: _____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*  [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [✓] No

This is the 2nd superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: May 11, 2016
Case Number: SA CR 12-277(A)-AG
The superseded case:
[✓] is still pending before Judge/Magistrate Judge: Hon. Judge Guilford
[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*  [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [✓] No

FILED 2016 OCT -5 PM 12:19 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?  ☐ Yes  ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?  ☑ YES  ☐ NO
IF YES, list language and/or dialect: Mandarin

**OTHER**

☑ Male  ☐ Female
☐ U.S. Citizen  ☑ Alien
Alias Name(s): 

This defendant is charged in: ☑ All counts
☐ Only counts: 
☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud    ☐ public corruption
☐ government fraud              ☐ tax offenses
☐ environmental issues          ☐ mail/wire fraud
☐ narcotics offenses            ☐ immigration offenses
☐ violent crimes/firearms       ☐ corporate fraud
☑ Other  Theft and Unauthorized Possession of Trade Secrets; Forfeiture

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: November 16, 2012
b. Posted bond at complaint level on: November 26, 2012
   in the amount of $ 350,000
c. PSA supervision?  ☑ Yes  ☐ No
d. Is on bail or release from another district: 

Defendant is in custody:
a. Place of incarceration:   ☐ State   ☐ Federal
b. Name of Institution: 
c. If Federal: U.S. Marshal's Registration Number: 

d. ☐ Solely on this charge. Date and time of arrest: 

e. On another conviction:  ☐ Yes  ☐ No
   IF YES: ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES: ☐ State  ☐ Federal   AND
   Name of Court: 

Date transferred to federal custody: 

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  _20_  _21_  _40_

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: 

Date  10/04/2016

Signature of Assistant U.S. Attorney
MARK TAKLA
Print Name