UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | SACR 12-00277(C)-AG | Date | May 4, 2018 |
|---|---|---|---|

| Present: The Honorable | JOSEPHINE L. STATON, U.S. District Judge |
|---|---|
| Interpreter | Yong-Jia (Sunny) Johnston, Mandarin Interpreter |

| Terry Guerrero | Deborah Parker | Mark Takla |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Wenfeng Lu | X | | X | Daniel Olmos and Christopher Cannon | X | | X |

**Proceedings:**  CHANGE OF PLEA

  X    Defendant moves to change plea to Counts 1, 2, 4, 6, 7, and 8 of the Third Superseding Indictment.

  X    Defendant sworn. Defendant state true name as charged.

  X    Defendant enters new and different plea of GUILTY to Counts 1, 2, 4, 6, 7, and 8 of the Third Superseding Indictment.

  X    The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid, and further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

  X    The Court further ORDERS the Amended Plea Agreement incorporated into these proceedings.

  X    The Court refers the defendant to the Probation Office for investigation, and preparation of the pre-sentence report. The matter is continued to **September 10, 2018, at 1:30 p.m.** for sentencing. The defendant is ORDERED to return at that time and is further ORDERED released on the same terms and conditions as previously set pending sentencing.

  X    The Status Conference and Jury Trial dates are ordered VACATED.

|   |   |
|---|---|
| | 00 : 50 |
| | Initials of Deputy Clerk  tg |

cc:  USPO-SA; PSA