Daniel B. Olmos, Esq., (SBN: 235319)

**NOLAN**
**BARTON**
**OLMOS LLP**

600 University Avenue
Palo Alto | CA | 94301
T 650.326.2980 | F 650.326.9704

Attorney for Defendant
Wenfeng Lu

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:12-cr-00277-AG |
| Plaintiff, | **STIPULATION TO REDUCE BAIL** |
| v. | |
| WENFENG LU, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the United States of America, through Assistant United States Attorney Mark Takla, and Defendant Wenfeng Lu, through his attorney Daniel Olmos, that bail in this matter be reduced from $350,000 to $250,000, and that the entirety of the bail be secured by cash rather than real property.  Mr. Lu is currently released pending self-surrender to the Bureau of Prisons on September 6, 2019, to begin serving a 27-month prison sentence.

On December 5, 2012, Mr. Lu was released on $350,000 bail secured by two properties he owned in Irvine and Aliso Viejo.  In November 2015, the Court modified conditions of release *inter alia* to reconvey the Irvine property and secure the bail only with the Aliso Viejo property.  *See* Docket No. 89. On January 28, 2019, following a guilty plea, Mr. Lu was sentenced to serve 27 months in the custody

1  of the Bureau of Prisons and ordered to pay restitution in the amount of $402,000, with payment of at

2  least $150,000 to be made before Mr. Lu's surrender date.

3       Mr. Lu intends to sell the Aliso Viejo property to pay restitution.  Accordingly, the parties

4  stipulate and agree that Mr. Lu's bail be reduced to $250,000 to be secured by cash, which will be

5  transferred from the escrow account to the Clerk's Office upon sale of the house.  Upon transfer of the

6  $250,000 cash security to the Clerk, the property at 6 Piccadilly Court, Aliso Viejo, CA shall be

7  released, reconveyed, and exonerated.

8
   IT IS SO STIPULATED:
9
   Dated: May 10, 2019          NOLAN BARTON & OLMOS, LLP
10

11
             _/s/_ Daniel B. Olmos
12
             Daniel B. Olmos
13           Attorney for Defendant Mark Takla

14 Dated: May 10, 2019          UNITED STATES OF AMERICA

15

16           _/s/_ Mark Takla

             Mark Takla
17           Assistant United States Attorney

18

19

20

21

22

23

24

25

26

27

28