UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>WENFENG LU,<br><br>　　　　　Defendant. | No. SACR 12-0277-AG<br><br>**ORDER CLARIFYING THE MAY 20, 2019 ORDER OF THIS COURT TO REDUCE BAIL** |

　　　Pursuant to the Joint Request of the parties, and for good cause shown, IT IS ORDERED that:

　　　1.　The Clerk of the Court shall issue a re-conveyance of both the Deed of Trust recorded on December 3, 2012 in the Orange County Recorder's Office (2012000743261), and the Deed of Trust recorded on December 16, 2015 in the Orange County Recorder's Office (2015000635877), that were recorded against the real property of defendant Wenfeng Lu, located at 6 Piccadilly Court, Aliso Viejo, CA ("Subject Property"), upon receipt of $250,000 through the sale and close of escrow on the Subject Property.

　　　2.　The $250,000 deposited with the Clerk of the Court will serve as Defendant's substituted appearance bond until he surrenders into custody, at which time the funds

shall be applied, without further order of Court, toward Defendant's restitution balance, pursuant to 28 U.S.C. § 2044. The Clerk shall forward any remaining funds to Defendant's counsel.

      3.  The United States will issue a release for the Subject Property from the 18 U.S.C. § 3613(c) criminal restitution lien stemming from the criminal judgment entered on January 28, 2019 against Defendant in this case (recorded on May 6, 2019 in the Orange County Recorder's Office [2019-000149209]), upon receipt of the remaining net sales proceeds of the sale and close of escrow on the Subject property -- estimated at approximately $170,000 -- that will be paid to the Clerk of the Court, which will be applied to Defendant's restitution balance.

DATED: June 20, 2019.

_____
UNITED STATES DISTRICT JUDGE

**CC: FISCAL**
     **CRIMINAL INTAKE - SA**