



8:12CR277 AG

UNITED STATES POSTAL SERVICE
SANTA ANA CA 926
03 AUG '19 PM 1 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ATTN: FINANCIAL SERVICES
CLERK, U.S. DISTRICT COURT
255 E. Temple St., #1178
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. 5877

1. Article Addressed to:

Wenfeng Lu and
Cuixin Zhang
97 Splendor
Irvine, CA 92618

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☒ Addressee

B. Received by (Printed Name) C. Date of Delivery 8-3-19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

IRVINE CA 2019 USPS

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Transfer from service label) 7006 0100 0004 5772 0522

PS Form 3811, February 2004 Domestic Return Receipt 8:12CR277 102595-02-M-1540

7006 0100 0004 5772 0522

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®
OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

2nd mailing
Postmark Here
7/31/19

Sent To: Wenfeng Lu & Cuixin Zhang
Street, Apt. No.; or PO Box No.: 97 Splendor
City, State, ZIP+4: Irvine, CA 92618

PS Form 3800, June 2002 See Reverse for Instructions

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

July 30, 2019

Wenfeng Lu and Cuixin Zhang
97 Splendor
Irvine, CA 92618

RE: **8:12-cr-00277-AG**
**Wenfeng Lu**

Dear Property Owner(s):

Enclosed is the Short Form Deed of Trust, **Instrument Number: 2015000635877,** posted as collateral on a bond for the above-named defendant.

The request for full reconveyance has been executed. Also enclosed, is a letter to the County Recorder regarding the reconveyance of the Deed.

Since the Clerk is only the beneficiary for the property, a full reconveyance deed must also be obtained from the trustee, **Lawyers Title Company.** When the reconveyance deed is obtained from the trustee, **Lawyers Title Company,** the deed and the County Recorder letter must be taken to the County Recorder's Office to complete and record the reconveyance of the property back into your name. Please do this immediately.

Very truly yours,

CLERK, U.S. DISTRICT COURT

*Shakesha Williams*

Shakesha Williams,
Financial Supervisor

SW:en
Enclosures as stated.

**Eastern Division**
3470 Twelfth Street, Room 134
Riverside, CA 92501

**Southern Division**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701



**United States District Court**
Central District of California
**Office of the Clerk**

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

July 30, 2019

RE:   **8:12-cr-00277-AG**
      **Wenfeng Lu**

TO WHOM IT MAY CONCERN:

This letter is in reference to the full reconveyance issued for **Instrument Number: 2015000635877,** previously deeded over to the Clerk, U.S. District Court, Central District of California from, **Wenfeng Lu and Cuixin Zhang,** called trustor(s).

There is <u>no note involved</u> in the reconveyance of the property back into the trustor's name. The deed was recorded in favor of the Court for the sole purpose of collateral on a bail bond posted for the defendant(s) referred to above.

Therefore, you are authorized to record the subject property back to the trustors named above.

Very truly yours,

CLERK, U.S. DISTRICT COURT

Shakesha Williams,
Financial Supervisor

SW:en

**Eastern Division**
3470 Twelfth Street, Room 134
Riverside, CA 92501

**Southern Division**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701