

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT**

To:      Chief Deputy/Fiscal

**Re:    Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number:  __8:12–cr–00277–AG__
Defendant's Name:  __Wenfeng Lu__

The above-named defendant was ordered to self-surrender to begin serving their sentence of imprisonment on __9/6/2019__. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : __9/17/2019__, it was verified the defendant:**

__in Santa Ana City Jail as of 9/6/19 pending movement to Big Spring CI__.

**Verified via e-mail with the following:**

U.S. Marshal: __Luis Fernando Perez__   *(Name of Officer)*

__September 17, 2019__          By __/s/ *Evelyn Synagogue*__
Date                                                          Deputy Clerk

CR–86 (11/08)                    VERIFICATION OF SURRENDER